# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| SC 31 | 9052091 | Johnson | 9018 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 2/11/2021  1715

**Offense Charged:** ☒ CFR  ☐ USC  ☐ State Code

50 CFR 20.21(d)

**Place of Offense:** Saltflat LN / Spottail CT   Mt. Pleasant SC

**Offense Description: Factual Basis for Charge**   HAZMAT ☐

Take migratory bird by aid or use of motor vehicle

### DEFENDANT INFORMATION

**Phone:** (843) 312-3928

**Last Name:** Shoemaker
**First Name:** Caleb
**M.I.:** M

**Street Address:** 1211 Lem Rd
**City:** Cordesville
**State:** SC
**Zip Code:** 29434
**Date of Birth:** 5/09/2001

**Drivers License No.:** 104637061
**CDL:** ☐
**D.L. State:** SC
**Social Security No.:**

☒ Adult  ☐ Juvenile    **Sex:** ☒ Male ☐ Female
**Hair:** BRN  **Eyes:** HAZ  **Height:** 6'0  **Weight:** 275

### VEHICLE
VIN:    CMV ☐
Tag No. | State | Year | Make/Model | PASS ☐ | Color

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** Charleston Federal Courthouse, 85 Broad St, Charleston, SC 29401
**Date:** 6/3/2021
**Time:** 10:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *[signed]*

Original - CVB Copy

*9052091*

CVB SCAN 02/25/2021 12:37

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| SC 31 | 9052092 | Johnson | 9018 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 2/11/2021  1715 | 50 CFR 20.21(j) |

**Place of Offense:** Saltflat LN / Spottail CT  Mt. Pleasant SC

**Offense Description: Factual Basis for Charge**  HAZMAT ☐
Take waterfowl with lead shot

### DEFENDANT INFORMATION   Phone: (843) 312-3928

| Last Name | First Name | M.I. |
|---|---|---|
| Shoemaker | Caleb | M |

**Street Address:** 1211 Lem Rd

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Cordesville | SC | 29434 | 5/9/2001 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 104637061 | | SC | |

☒ Adult  ☐ Juvenile   Sex ☒ Male ☐ Female   Hair BRN   Eyes HAZ   Height 6'0   Weight 275

**VEHICLE**  VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT www.cvb.uscourts.gov**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| Charleston Federal Courthouse  85 Broad St  Charleston, SC 29401 | 6/3/2021 | 10:00 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature  _Caleb Shoemaker_

Original - CVB Copy

*9052092*

CVB SCAN 02/25/2021 12:37

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| SC31 | 9052093 | Johnson | 9018 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 2/11/2021 1715
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 50 CFR 20.22
Place of Offense: Saltflat LN/Spottail CT Mt. Pleasant SC

Offense Description: Factual Basis for Charge — HAZMAT ☐
Take bird during a closed season.

### DEFENDANT INFORMATION
Phone: (843) 312-3928

| Last Name | First Name | M.I. |
|---|---|---|
| Shoemaker | Caleb | M |

Street Address: 1211 Lem Rd
City: Cordesville  State: SC  Zip Code: 29434  Date of Birth: 5/8/2001
Drivers License No.: 104637061  CDL ☐  D.L. State: SC  Social Security No.:

☒ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female  Hair: BRN  Eyes: HAZ  Height: 6'0  Weight: 275

**VEHICLE**  VIN:  CMV ☐
Tag No.  State  Year  Make/Model  PASS ☐  Color

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov →
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Charleston Federal Courthouse, 85 Broad St, Charleston, SC 29401
Date: 6/3/2021  Time: 10:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Caleb Shoemaker

Original - CVB Copy

*9052093*

CVB SCAN 02/25/2021 12:37

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| SC 31 | 9052094 | Johnson | 9018 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 2/11/2021  1715 | 50 CFR 20.25 |

Place of Offense: Saltflat LN / Spottail CT  Mt. Pleasant SC

Offense Description: Factual Basis for Charge  HAZMAT ☐
Wanton Waste

### DEFENDANT INFORMATION
Phone: (843) 312-3928

| Last Name | First Name | M.I. |
|---|---|---|
| Shoemaker | Caleb | M |

Street Address: 1211 Lem Rd

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Cordesville | SC | 29434 | 5/19/2001 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 104637061 | | SC | |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female  Hair: BRN  Eyes: HAZ  Height: 6'0  Weight: 275

### VEHICLE  VIN:  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov →
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Federal Courthouse Charleston, 85 Broad St, Charleston, SC 29401
Date: 6/3/2001
Time: 10:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *Caleb Shoemaker*

Original - CVB Copy

*9052094*

CVB SCAN 02/25/2021 12:37

# United States District Court
# Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| SC 31 | 9052095 | Johnson | 9018 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 2/11/2021  1715 | 50 CFR 20.72 |

**Place of Offense**
Saltflat Ln / Spottail CT   Mt. Pleasant SC

**Offense Description: Factual Basis for Charge**   HAZMAT ☐
Tresspass to hunt waterfowl
SC / 50-11-10A  Code 591

## DEFENDANT INFORMATION   Phone: (843) 312-3928

| Last Name | First Name | M.I. |
|---|---|---|
| Shoemaker | Caleb | M |

**Street Address:** 1211 Lem Rd

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Cordesville | SC | 29434 | 5/09/2001 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 104637061 | | SC | |

☒ Adult  ☐ Juvenile   Sex ☒ Male ☐ Female   Hair BRN   Eyes HAZ   Height 6'0   Weight 275

**VEHICLE**   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

CVB SCAN 02/25/2021 12:37

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ _____ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ _____ Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| Charleston Federal Courthous 85 Broad St Charleston, SC 29401 | 6/3/2021 |
| | Time 10:00 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _(signed)_

Original - CVB Copy

*9052095*